## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CONTRACTOR TECHNOLOGY, | § | Bankruptcy Case No. 05-03803 |
|    Debtor. | § | |
| _____ | § | |
| | § | |
| CONTINENTAL MANUFACTURING | § | **CIVIL ACTION NO. H-06-0333** |
| COMPANY, LTD., | § | |
|    Appellant. | § | |

## DISMISSAL ORDER

On January 24, 2006, Appellant Continental Manufacturing Company, Ltd., filed this appeal from the United States Bankruptcy Court for the Southern District of Texas. Bankruptcy Rule 8006 provides that the Appellant shall serve and file a designation of the items to be included in the record on appeal and a statement of the issues to be presented within ten (10) days after filing the notice of appeal. This deadline has expired and Appellant has neither filed the statement of issues on appeal nor requested an extension of time to do so.

Under Bankruptcy Rule 8001(a), "Failure of an appellant to take any step other than the timely filing of a notice of appeal does not affect the validity of the appeal, but is ground only for such action as the district court or bankruptcy appellate panel deems appropriate, which may include dismissal of the appeal." Because Appellant

has failed to take necessary action in furtherance of this appeal, the Court concludes that the procedural omission warrants dismissal of this appeal. *See M.A. Baheth & Co. v. Schott (Matter of M.S. Baheth Construction Co.)*, 118 F.3d 1082, 1083-84 (5th Cir. 1997), *cert. denied*, 522 U.S. 1092 (1998).  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice for want of prosecution and failure to comply with the Bankruptcy Rules.

SIGNED at Houston, Texas this **21st** day of **February, 2006**.

Nancy F. Atlas
United States District Judge